IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sackor, Sedekie S

Printed: 3/25/08

Case Number: 07 B 16118
Judge: Hollis, Pamela S

Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 18, 2008
Confirmed: November 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,498.00 |  |
| Secured: |  | 17,499.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 998.88 |
| Other Funds: |  | 0.00 |
| Totals: | 18,498.00 | 18,498.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citizens Bank | Secured | 0.00 | 0.00 |
| 2. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 15,958.87 | 13,275.30 |
| 4. | Zales | Secured | 1,016.66 | 492.57 |
| 5. | Harris Trust & Savings Bank | Secured | 33,412.47 | 3,731.25 |
| 6. | HomEq Servicing Corp | Secured | 36,024.68 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 4,596.51 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 5,458.74 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 142.34 | 0.00 |
| 10. | Medical Collections | Unsecured |  | No Claim Filed |
| 11. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 12. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 96,610.27 | $ 17,499.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 998.88 |
|  | _____ |
|  | $ 998.88 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sackor, Sedekie S | Case Number: 07 B 16118 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 9/4/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

